```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0020--CR (JKS)
                "USA V ROBERT E. HART ET AL"
                   DEF 1.1 HART, ROBERT E.
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/19/97
             Closed: 08/14/97
 No. of Defendants: 2
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Scott A. Sterling
                     Sterling & DeArmond PC
                     851 E. Westpoint Drive
                     Suite 201
                     Wasilla, AK 99654
                     907-376-8076
                     FAX 907-376-8078
                     Serve: YES
                      Type: CJA
                      Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 HART, ROBERT E.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 16 - 1 | 1-S | 21:841(a)(1) & 860 DISTRIBUTION OF A CONTROLLED SUBSTANCE (F) | Terminated |
| 16 - 1 | 2-S | 21:841(a)(1) & 860 DISTRIBUTION OF A CONTROLLED SUBSTANCE (F) | Terminated |
| 16 - 1 | 3-S | 18:1956(a)(3)(A) MONEY LAUNDERING (F). | Terminated |
| 16 - 1 | 4-S | 21:841(a)(1) & 18:2 POSSESSION WITH INTENT TO DISTRIBUTE (F). | Terminated |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0020--CR (JKS)
                              "USA V ROBERT E. HART ET AL"
                              DEF 2.1 DEVALL, RENEE MARIE

      In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/19/97
             Closed: 08/14/97
 No. of Defendants: 2
    MJ Case Number: A97-0016--MJ
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 DEVALL, RENEE MARIE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 16 - 1 | 4-S | 21:841(a)(1) & 18:2 POSSESSION WITH INTENT TO DISTRIBUTE (F). | Terminated |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                            "USA V ROBERT E. HART ET AL"

                       In public format, for all filing dates
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/19/97
            Closed: 08/14/97
No. of Defendants: 2


Document #    Filed      Docket text

NOTE -   1   02/19/97    Issued WOA: re R. Hart.

   1 -   1   02/19/97    [Re: DEF 1] PLF 1 Indictment.

   2 -   1   02/19/97    [Re: DEF 1] AHB Grand Jury Minutes, Indictment Secret, WOA to be issued,
                         No Bail set.

   3 -   1   02/25/97    [Re: DEF 1] USM Return of WOA executed 2/24/97.

   4 -   1   02/25/97    DEF 1 Financial Affidavit.

   5 -   1   02/26/97    [Re: DEF 1] JDR Order of Detention Pending Hearing &EOP for 2/27/97 at
                         1:30pm. cc:AUSA,USM,PO,Defense Council

   6 -   1   02/26/97    [Re: DEF 1] JDR Court Minutes [ECR: Jennifer Gamble] re arr held
                         2/25/97; K. McCoy (FPD) appointed, deft detained, EOP/Detent hrg set for
                         2/27/97 at 1:30 p.m. cc: USA, FPD, USM, PTS.

   7 -   1   02/28/97    [Re: DEF 1] JDR Court Minutes [ECR: Jennifer Gamble] EOP/det hearing,
                         held 2-27-97, reset for 2-28-97 at 3:30.  cy USA, USM, PTS, FPD

   8 -   1   02/28/97    [Re: DEF 1] JDR Order of Detention Pending Trial.AUSA, FPD, USM, PTS.

   9 -   1   02/28/97    [Re: DEF 1] JDR Order regarding preparation for trial; motions due
                         3/15/97. cc: AUSA, FPD

NOTE -   2   03/03/97    Notation: speedy trial notice sent to Judge.

  10 -   1   03/03/97    [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re: cont
                         EOP/Dentention Hrg; Pled NG as to charged in  the indictment; order of
                         detention filed; PTM's due 3/14/97. cc: AUSA, FPD, USM,PTS

  11 -   1   03/07/97    [Re: DEF 1] JWS Minute Order setting TBJ for 5/5/97 at 9am;there will
                         not be a final pretrial conf. cc: AUSA, FPD, USM, PTS, Jury Clerk, MJ
                         Roberts

  12 -   1   03/10/97    [Re: DEF 1] Unopposed Motion to extend time on pretrial motions deadline

  13 -   1   03/10/97    [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference.

  14 -   1   03/11/97    [Re: DEF 1] JDR Order granting unopposed motion to extend ddln on
                         pretrial motions till 3/14/97 for filing and oppo due 3/21/97. cc; AUSA,
                         FPD

  15 -   1   03/19/97    DEF 1 Unopposed Motion (2d) to extend time on pretrial motions deadline.

  16 -   1   03/19/97    [Re: DEF 1-2] Superseding indictment.

  17 -   1   03/20/97    [Re: DEF 1] JDR Grand Jury Minutes; detention; set for arr & notify USM;
                         in custody.

ACMS: R_RDSDI              As of 01/19/06 at 10:54 AM by CWILTS                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                              "USA V ROBERT E. HART ET AL"

                         In public format, for all filing dates

 Document #    Filed       Docket text

   18  -   1  03/20/97   [Re: DEF 2] JDR Grand Jury Minutes; detention; set for arr & notify USM;
                          in custody.

   19  -   1  03/20/97   [Re: DEF 2] Documents transferred from: A97-016MJ; order of temp det;
                          entry of appear; crt min re init appear; crt min re prelim/det hr; order
                          of det pending trial.

   20  -   1  03/21/97   [Re: DEF 1-2] JDR Minute Order re arraignment on the SI is set for
                          3/24/97 at 9:30 a.m. cc: USA, FPD, R. Butler, USM, PTS.

   21  -   1  03/21/97   [Re: DEF 1] JDR Minute Order grant govt's 2nd unopposed mot (15-1) to
                          extend time on PTM's deadline. Crt will set new date for PTM's at arr on
                          SI scheduled for 3/24/97. cc: USA, FPD.

 NOTE  -   3  03/25/97   Issued: S/T notice re D-2 to Judge Sedwick. cc: pr.

   22  -   1  03/25/97   [Re: DEF 1-2] JDR Court Minutes [ECR: Eileen Frison] re Arraignment on
                          SI, pled not guilty, defts detained, PTM's due 4/8/97. cc: USA, FPD, R.
                          Butler.

   23  -   1  03/25/97   [Re: DEF 1-2] JDR Order regarding preparation for trial re PTM's due
                          4/8/97 w/deadlines set. cc: USA, R. Butler, FPD.

   24  -   1  03/26/97   [Re: DEF 1] JWS Minute Order that FPTC is set for 8:30 a.m, 5/5/97.  cc
                          USA, FPD, USM, PO

   25  -   1  03/26/97   [Re: DEF 2] JWS Order setting TBJ for 9:00 a.m, 5/5/97; FPTC 8:30 a.m,
                          5/5/97.  cc USA, R. Butler, USM, PO, JC, MJ JDR

   26  -   1  03/26/97   DEF 2 motion to suppress statements w/att memo & aff.

   27  -   1  03/27/97   [Re: DEF 2] JDR Minute Order re evidentiary hearing on defendant's
                          motion to suppress (26-1) set for 4/8/97 at 11:00 a.m. cc: USA, R.
                          Butler, USM, PTS.

   28  -   1  04/03/97   DEF 2 motion to dismiss complaint.

   28  -   2  04/03/97   DEF 2 motion to suppress evidence for arrest without sufficient probable
                          cause.

   28  -   3  04/03/97   DEF 2 motion for discovery of all reports associated with def's arrest
                          for use at the evidentiary hearing on this matter, w/atch memo.

   29  -   1  04/04/97   DEF 2 Unopposed Motion for bail hearing w/att aff.

   30  -   1  04/04/97   DEF 2 Unopposed Motion for hearing on shortened time re #29.

   31  -   1  04/04/97   [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress statements
                          w/att memo & aff. (26-1)

   32  -   1  04/04/97   DEF 2 amended motion re: DEF 2 mot to dismiss cmplt. (28-1), DEF 2 mot
                          to suppress evidence for arrest w/out sufficient probable cause. (28-2),
                          DEF 2 mot for disc of all reports associated w/def's arrest for use at
                          evidentiary hrg on this matter w/att memo. (28-3)

   33  -   1  04/07/97   [Re: DEF 2] JDR Order grant unopposed mot on shortened time for a bail
                          hrg set for 4/8/97 at 11:00 a.m. cc: USA, R. Butler, USM, PTS.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                            "USA V ROBERT E. HART ET AL"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 04/08/97 | [Re: DEF 2] Stipulation pursuant to discovery. |
| 35 - 1 | 04/09/97 | [Re: DEF 2] JDR Court Minutes [ECR: Jennifer Gamble] re def's mot to suppress (#26 & bail review hearing, held 4-8-97; evid hearing re #28 set for 4-14-97 at 10:30 am; R&R to be issued. cy USA, USM, PTS, R. Butler |
| 36 - 1 | 04/10/97 | [Re: DEF 2] JDR Minute Order re evident hrg set for 4/14/97 at 10:30 a.m. is RESET for 2:00 p.m.  cc: USA, R. Butler, USM, PTS. |
| 37 - 1 | 04/11/97 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress evidence for arrest without sufficient probable cause. (28-2) |
| 38 - 1 | 04/15/97 | [Re: DEF 2] JDR Court Minutes [ECR: Jan Welch] evid hearing re mot to suppress (#28); held 4-14-97; reconvene 4-15-97 at 3:00. |
| 39 - 1 | 04/17/97 | [Re: DEF 2] JDR Court Minutes [ECR: Roy Van Hollebeke] re cont evident hrg on def's motion to suppress (#28) (Held 4/15/97); holding in abeyance motion to suppress statements (26-1); withdrawing motion to dismiss complaint (28-1), motion to suppress evidence for arrest without sufficient probable cause. (28-2), motion for discovery of all reports associated with def's arrest for use at (28-3); Plea agreement has been reached, Judge Sedwick to be advised of the plea agreement, pltf to file plea agreement w/crt. cc: USA, R. Butler, USM, PTS, Judge Sedwick. |
| 40 - 1 | 04/25/97 | [Re: DEF 2] Transcript re evid hearing re mot to suppress/bail review hearing, 4-8-97 (in accordian folder by file). |
| 41 - 1 | 04/28/97 | DEF 1 Notice of Intent to change plea. |
| 42 - 1 | 04/28/97 | [Re: DEF 1] Plea Agreement. |
| 43 - 1 | 04/28/97 | [Re: DEF 2] Plea Agreement. |
| 44 - 1 | 04/29/97 | [Re: DEF 1] JWS Minute Order setting PCOP for 5-1-97 at 11:30 am.  cy USA, USM, PO, FPD, MJ Roberts, JC |
| 45 - 1 | 04/29/97 | [Re: DEF 2] JWS Minute Order setting PCOP for 5-1-97 at 11:00 am.  cy USA, USM, PO, R. Butler, MJ Roberts, JC |
| 46 - 1 | 05/01/97 | [Re: DEF 2] JWS Minute Order resetting PCOP from 11:00 am to 2:00 pm on 5-1-97. cy USA, USM, PO, R. Butler |
| 47 - 1 | 05/02/97 | [Re: DEF 1-2] JWS Minute Order recusing Sedwick and reassigning case to Judge Singleton.  cy USA, USM, PO, FPD, R. Butler, MJ Roberts, Judge Singleton |
| 48 - 1 | 05/05/97 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] PCOP, held 5-1-97, pled G cts 3 & 4 of S/I; IOS set for 7-10-97 at 8:00 am, detained, vacated TBJ of 5-5-97. cy USA, USM, PTS, FPD, Judge Singleton |
| 49 - 1 | 05/05/97 | [Re: DEF 2] JWS Court Minutes [ECR: Linda Christensen] PCOP, held 5-1-97, pled G ct 4 of S/I; IOS 7-10-97 at 8:45; detained, TBJ 5-5-97 VACATED, all pending mots denied as moot. cy USA, USM, PO, R. Butler, MJ Roberts, Judge Singleton |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                          "USA V ROBERT E. HART ET AL"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 50 - | 1 | 05/05/97 | [Re: DEF 1] JKS Minute Order IOS remains set for 7/10/97 at 8:00 a.m. before Judge Singleton in Courtroom #3. cc:S. Collins, K. McCoy, USM, Probation |
| 51 - | 1 | 05/05/97 | [Re: DEF 2] JKS Minute Order IOS remains set for 7/10/97 at 8:45 a.m. in Courtroom #3 before Judge Singleton. cc: S. Collins, R. Butler, USM, Probation Officer. |
| 52 - | 1 | 06/25/97 | DEF 1 Unopposed Motion on shortened time to continue sentencing. |
| 53 - | 1 | 06/26/97 | [Re: DEF 1] JKS Order that unopposed motion on shortened time is granted; unoposed motion to continue sentencing is granted; sentencing to be continued to 8/1/97 at 8:30am; the sentencing set for 7/10/97 is vacated. cc;AUSA, FPD, USA, USM |
| 54 - | 1 | 07/03/97 | [Re: DEF 2] PLF 1 Sentencing Memorandum . |
| 55 - | 1 | 07/08/97 | DEF 2 Sentencing Memorandum. |
| 56 - | 1 | 07/08/97 | DEF 2 Notice of filing (letter). |
| 57 - | 1 | 07/09/97 | DEF 2 Notice of filing w/att letter. |
| 58 - | 1 | 07/15/97 | [Re: DEF 2] JKS Court Minutes [ECR: Roy Van Hollebeke] IOS, held 7-10-97; sent 16 mos; sprvsd rel 36 mos; spec assess $100; remanded to USM. |
| 59 - | 1 | 07/15/97 | [Re: DEF 2] JKS Judgment, w/atch statement of reasons; pled G CT 4 of S/I; sent 16 mos; remanded to USM; sprvsd rel 36 mos; spec assess $100. cy USA, USM, PO, R. Butler, R. Devall (by cnsl), Finance, Carmen, MJ Roberts |
| 60 - | 1 | 07/21/97 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 61 - | 1 | 07/25/97 | DEF 1 Sentencing Memorandum. |
| 62 - | 1 | 07/30/97 | DEF 1 Notice of Filing w/att exh. |
| 63 - | 1 | 08/04/97 | [Re: DEF 2] Partial Transcript of IOS 7/10/97. |
| 64 - | 1 | 08/06/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: IOS [held 8/1/97] IOS cont till 8/8/97 at 8:30am. cc:AUSA, FPD, USA, PO |
| 65 - | 1 | 08/14/97 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re: IOS [held 8/8/97] sent 120 months on ct 3,4 on the superseding indictment; supervised release 3 years;special assessment $200.00; remaining IOS under seal (Unsealed per crt order @ #76). |
| 66 - | 1 | 08/14/97 | [Re: DEF 1] JKS Judgment; pled G to ct 3,4 of superseding indictment; crts 1,2 are dismissed;sent 120months;supervised 3 years;special assessment $200.00. cc:AUSA, FPD, USM, PO, R.Hart [w/cnsl cpy]; MJ Roberts, Carmen, Fin. Deputy |
| 67 - | 1 | 08/14/97 | DEF 1 Notice of filing authenticated copies of deft exhs ABCDE w/att exhs. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                            "USA V ROBERT E. HART ET AL"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 68 - 1 | 08/18/97 | DEF 1 motion to amend the conditions of supervised release. |
| 69 - 1 | 08/18/97 | [Re: DEF 1] JKS Minute Order that the letter from Hart is to be treated as a motion re: supervised release; USA shall respond to Hrat's concerns by 8/26/97; USP may respond to Hart's motion by 8/26/97; Hart may submit a reply 9/3/97. cc:ASUA, FPD, PO |
| 70 - 1 | 08/28/97 | [Re: DEF 1] PLF 1 motion to accept late filing of response to court order w/reponse as part of the document. |
| 71 - 1 | 09/03/97 | DEF 1 reply to opposition to DEF 1 motion to amend the conditions of supervised release. (68-1) |
| 72 - 1 | 09/05/97 | [Re: DEF 1] JKS Minute Order granting motion to amend the conditions of supervised release; (68-1), motion to accept late filing of response to court order (70-1). cc:USA, FPD, ECR |
| 73 - 1 | 09/16/97 | [Re: DEF 1] JKS Amended Judgment; def pled G to cnt 3/4; cnts 1/2 dismissed; sent 120 months;supervised release 3 yrs;special assessment $200.00.cc:USA, FPD, R.Hart [w/cnslcpy], USM, PO, Carmen, Finance Deputy, MJ Roberts |
| 74 - 1 | 09/30/97 | DEF 1 Partial Transcript continued IOS held 8/8/97. |
| 75 - 1 | 07/13/00 | DEF 1 motion for an order to unseal sentencing hearing and prepare transcript. |
| 75 - 2 | 07/13/00 | DEF 1 motion on shortened time for an order to unseal sentencing hearing and prepare transcript. |
| 76 - 1 | 07/14/00 | [Re: DEF 1] JWS Order granting motion for an order to unseal sentencing hearing and prepare transcript (75-1), motion on shortened time for an order to unseal sentencing hearing and prepare transcript (75-2). cc: USA, FPD, ECR |
| 77 - 1 | 07/28/00 | [Re: DEF 1] Transcript of IOS (held 8/1/97). |
| 78 - 1 | 07/28/00 | [Re: DEF 1] Partial Transcript of cont IOS (held 8/8/97). |
| 79 - 1 | 10/25/00 | [Re: DEF 2] HRH Order granting re: request for modifying the conditions or term of supervised release as stated. cc: USA, R. Butler, USM, PO |
| 80 - 1 | 01/12/01 | [Re: DEF 2] JKS Order granting request for modifying conditions of supervise release as stated. cc: USA, R. Butler, USM, PO |
| 81 - 1 | 04/25/01 | [Re: DEF 2] JKS Order re: def is discharged from SR and the proceedings in this case are terminated.  cc: PO |
| 82 - 1 | 12/26/02 | DEF 1 motion to vacate, set aside, or modify sentence per 18:3582(C)(2), not to be construed as a 2255, w/att exhs |
| 83 - 1 | 12/31/02 | [Re: DEF 1] JKS Order denying mot to vacate, set aside, or modify sentence per 18:3582(C)(2), not to be construed as a 2255 (82-1); def may file a 2255 mot; def may req appt of cnsl or represent himself. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                            "USA V ROBERT E. HART ET AL"

                         In public format, for all filing dates


Document #    Filed       Docket text
------------------------------------------------------------------------------

 84 -   1   05/01/03   DEF 1 motion to vacate, set aside, or correct sentence w/att exhs.

 85 -   1   05/01/03   DEF 1 motion (application) to proceed without prepayment of fees and
                       affidavit w/att exhs.

 86 -   1   05/01/03   DEF 1 motion (application) for appointment of counsel w/att exh.

 87 -   1   05/19/03   [Re: DEF 1] JKS Order to show cause that by 06/13/03 def must show that
                       his 2255 mot has been fld timely or in the alt file a notice of
                       voluntary dismissal w/out prej; no further action will be taken on the
                       mot for appt of cnsl until def complies w/this order. cc: DEF

 88 -   1   06/16/03   DEF 1 Response to Order to show cause.

 89 -   1   06/16/03   DEF 1 Notice regarding statute of limitations.

 90 -   1   06/20/03   [Re: DEF 1] JWS Order directing svc & response; clk directed to serve a
                       cy of 2255 mot to US Atty; denying mot (appl) to proceed w/o prepayment
                       of fees and aff (85-1); granting mot (appl) for appt of cnsl (86-1); FPD
                       to appt cnsl; cnsl for def to file an amended 2255 mot by 07/21/03 or
                       file a notice that no amended mot will be fld; ans or responsive
                       pleading due 08/20/03; either party may mot for an evid hrg w/in 30 days
                       after ans; case referred to MJ Roberts under LMR 4(5). cc: cnsl, MJ
                       Roberts, FPD (CJA Clerk)

 91 -   1   06/30/03   [Re: DEF 1] CJA appointment of Scott Sterling.

 92 -   1   07/21/03   DEF 1 Attorney Appearance of Scott Sterling.

 93 -   1   07/21/03   DEF 1 motion for continuance (to 9/26) to file amended 2255 petition
                       w/att memo & aff.

 94 -   1   08/12/03   [Re: DEF 1] JDR Order granting motion for continuance to 9/26/03 to file
                       amended 2255 petition; govt'e response due 10/27/03 (93-1). cc: USA, S.
                       Sterling

 95 -   1   09/19/03   DEF 1 Stipulation to continue dealines for filing amended petition.

 96 -   1   09/22/03   [Re: DEF 1] JDR Order granting stipulation to continue deadlines for
                       filing amended petition (95-1); amended 2255 or notice of none due
                       12/26/03; govt's  response due 1/26/04. cc: USA, S. Sterling

 97 -   1   01/06/04   DEF 1 Stipulation to cont flg ddln (to 1/30) to file amended petition or
                       not ice of none.

 98 -   1   01/07/04   [Re: DEF 1] JDR Order granting stipulation to cont flg ddln (to 1/30) to
                       file amended petition or notice of none; govt's answer due 3/1/04
                       (97-1). cc: USA, S. Sterling

 99 -   1   01/26/04   DEF 1 Amended motion to vacate, set aside, or correct sentence under
                       28:2255 (84-1) w/att memo.

100 -   1   01/26/04   DEF 1 motion for evidentiary hearing on 28:2255 motion w/att memo.

101 -   1   02/25/04   [Re: DEF 1] JDR Minute Order granting motion for evidentiary hearing on
                       28:2255 motion (100-1); evident hrg on 28:2255 mot set for 3/17/04 at
                       9:30 a.m. cc: USA, S. Sterling, USM, USPO

ACMS: R_RDSDI                  As of 01/19/06 at 10:54 AM by CWILTS                      Page 6
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A97-0020--CR (JKS)
                           "USA V ROBERT E. HART ET AL"

                       In public format, for all filing dates

Document #    Filed      Docket text

  102 -   1  02/25/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, set aside, or
                        correct sentence (84-1).

  102 -   2  02/25/04   [Re: DEF 1] PLF 1 motion to dismiss def's 28:2255 motion.

  103 -   1  03/01/04   [Re: DEF 1] PLF 1 motion for reconsideration re: scheduling of
                        evidentiary hearing.

  104 -   1  03/17/04   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Evidentiary Hrg on
                        DEF's 2255 mot Held 3/17/04.  Crt/cnsl hrd re: mot for reconsideration
                        re: scheduling of evidentiary hrg (dkt # 103).  Crt stated mot not filed
                        on shortened time, therefore, was unaware of the mot.  Crt hrd, taking
                        under advisement motion to vacate, set aside, or correct sentence
                        (84-1); taking under advisement motion to dismiss def's 28:2255 motion
                        (102-2).  Written report and recommendation to issue. List of exhs and
                        witnesses attached. cc: USA, S. Sterling, USM, PO

  105 -   1  05/21/04   Initial R&R re: [Re: DEF 1] PLF 1 motion to dismiss def's 28:2255 motion
                        (102-2); Recommended be granted; Objections due NOON 06/11/04. Reply due
                        NOON 06/17/04. cc: USA, S. Sterling, Judge Singleton

  106 -   1  06/14/04   DEF 1 objection to R&R re: [Re: DEF 1] PLF 1 motion to dismiss def's
                        28:2255 motion (102-2).

  107 -   1  06/15/04   [Re: DEF 1] PLF 1 reply to objection to R&R re: [Re: DEF 1] PLF 1 motion
                        to dismiss def's 28:2255 motion (102-2).

  108 -   1  06/21/04   Final R&R re: [Re: DEF 1] PLF 1 motion to dismiss def's 28:2255 motion
                        (102-2); MJ declines to modify recommendation; matter ready for USDJ.
                        cc: USA, S. Sterling, Judge Singleton

  109 -   1  07/07/04   [Re: DEF 1] Transcript re: Evidentary Hrg on def's 28:2255 mot held
                        3/17/04.

  110 -   1  08/10/04   [Re: DEF 1] JKS Order adopting R&R's re: motion to dismiss def's 28:2255
                        motion (105-1)(108-1); granting govt's motion to dismiss def's 28:2255
                        motion (102-2); dismissing w/prejudice motion to vacate, set aside, or
                        correct sentence (84-1). cc: USA, S. Sterling, MJ Roberts

  111 -   1  08/10/04   [Re: DEF 1] JKS Judgment that def's 28:2255 dimissed w/prejudice. cc:
                        USA, S. Sterling, USM, USPO, MJ Roberts, def w/cnsls cy

  112 -   1  09/22/05   [Re: DEF 1] JKS Order and Request for modification of cond's of
                        probation. cc: USPO

  113 -   1  11/30/05   [Re: DEF 1] JKS Order and petition for SR modif; def to refrain from
                        unlawful use of controlled substances & submit to drug testing. cc: USPO
```