Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A97-0020 CR (JKS) |
| Plaintiff, | |
| vs. | **MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| ROBERT E. HART, | |
| Defendant. | |

Robert Hart asks this court for an order modifying his conditions of release to strike the requirement that he reside in a half-way house at the outset of his term of supervised release. The modification is appropriate because Mr. Hart agreed to the modification only because he did not have a place to stay in Anchorage upon his release from BOP custody. Mr. Hart is now employed and can establish a residence independent of the halfway house. Accordingly, he asks that the half-way house condition be stricken from the conditions of supervised release.

This motion is submitted pursuant to D.Ak.L.R. 47.1 and is based on 18 U.S.C. § 3583(e)(2) and the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 19th day of January 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on January 19, 2006,
a copy of the *Motion to Modify*
*Conditions of Supervised Release*
was served electronically on:

Stephan Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Kevin F. McCoy