UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>Defendant. | NO. A97-0020 CR. (JKS)<br><br>**PROPOSED ORDER** |

On consideration of the defendant's motion to modify the conditions of supervised release;

It is hereby ordered that the request is granted. The requirement that defendant reside at a half-way house as a condition of supervised release is stricken. All other conditions of supervision shall remain in full force and effect.

DATED this _____ day of January 2006, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE