Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>    Defendant. | NO. A97-0020 CR (JKS)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO RULE ON MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

Robert Hart asks this court for an order on shortened time granting the motion to modify conditions of supervised release filed at Docket No. 114 on January 19, 2006. An immediate ruling is appropriate because the government and the probation service do not oppose this request or the request at Docket No. 114.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the motion and proposed order filed with Docket No. 114 and the affidavit filed herewith.

Dated at Anchorage, Alaska this 23rd day of January 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on January 23, 2006,
a copy of the *Unopposed Motion on
Shortened Time to Rule on Motion to
Modify Conditions of Supervised
Release* was served electronically on:

Stephan Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Eric Odegard
Supervising Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy