UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>Defendant. | NO. A97-0020 CR. (JKS)<br><br>**PROPOSED ORDER** |

On consideration of the defendant's motion to modify the conditions of supervised release filed at Docket No. 114, and further, being advised that the government and the probation service do not oppose the motion filed at Docket No. 114;

It is hereby ordered that the request is granted. The requirement that defendant reside at a half-way house as a condition of supervised release is stricken. All other conditions of supervision shall remain in full force and effect.

DATED this _____ day of January 2006, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE