Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>　　　　Defendant. | NO. A97-0020 CR. (JKS)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the attorney for Robert Hart.

　　　　2.　　Mr. Hart received a sentence of 120 months following his guilty plea to the

charges in the indictment.

///

///

3. Mr. Hart advises me that as he neared his release date from the BOP, he consented to a modification of his conditions of supervised release to require placement in a half-way house for 90 days.

4. The original judgment did not have this condition.

5. Mr. Hart informs me that he agreed to this conditions because he believed that he needed assistance in transitioning from custody to the community.

6. Mr. Hart advises me that he is currently placed in the Cordova Center and that his anticipated discharge from Cordova Center will come sometime in March 2006.

7. Mr. Hart advises me that he is now employed at the Hilton Hotel in Anchorage and further that he can now reside at 4231 Laurel Street at Apt. 118 with Ms. Doris Tate.

8. Mr. Hart no longer needs the transitional assistance offered by the Cordova Center.

9. Consequently, he is asking that the condition of supervision requiring him to reside in a half-way house be stricken. All other conditions of supervision would remain in full force and effect.

10. Title 18 U.S.C. § 3583(e)(2) authorizes the court to modify conditions of supervision at any time.

///

///

///

11. For all these reasons, Mr. Hart asks that the half-way house condition be stricken.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 23rd day of January 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008