Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>ROBERT E. HART,<br><br>                Defendant. | Case No. 3:97-cr-0020-JKS<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

       Robert Hart asks this court for an order terminating supervised release. He has successfully completed over half of his three-year term. Mr. Hart asks the court to terminate supervision because he has exhausted all of the rehabilitative assistance available through the U.S. Probation Service.

       This motion is submitted pursuant to D. Alaska Loc. R. 7.1 and 18 U.S.C. § 3583(e)(1), and is supported by the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska, this 14th day of June, 2007.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on  June 14, 2007,
a copy of  the *Motion for Early
Termination of Supervised Release*
was served electronically on:

Stephan Collins, Esq.
United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

A copy was delivered  by mail to:

Eric Odegard
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Kevin F. McCoy