NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                            Plaintiff,     )<br>                                                           )<br>           v.                                          )<br>                                                           )<br>ROBERT E. HART,                          )<br>                                                           )<br>                            Defendant.  )<br>_____ ) | Case 3:97-CR-0020-JKS<br><br>OPPOSITION TO MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE |

The defendant, Robert E. Hart, moves this Court to order the early termination of supervised release. The United States opposes the motion.

The defendant moves for early termination of supervised release for the reason that he profess to have to exhausted all of the rehabilitative assistance

available through the United States Probation office. The United States Probation Office primarily opposes early termination of supervised release because of the nature and extent of the defendant's past criminal conduct, which includes not only drug trafficking offenses but also crimes involving sexual violence. The United States Probation Office is willing to transfer the defendant's supervision to the district to which the defendant may move to be with his family.

The United States concurs with the United States Probation Office's objection to early termination and for this reason opposes the motion for early termination. The defendant's criminal history shows that he is prone to commit serious criminal offenses and continued supervision would be useful to monitor his conduct, to provide continued assistance with re-integration into the community, as well as to provide continued support to the defendant while on supervision.

Therefore, the United States opposes the instant motion, but does not oppose transferring the defendant's supervision, if he moves, to the district in which he

\\


\\

may wish to reestablish himself.

    RESPECTFULLY SUBMITTED this day, June 25, 2007, in

Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Stephan A. Collins
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK # 8911061

This document was served electronically
on the opposing party.