NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3: 97-cr-00020-JKS |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT E. HART, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the

undersigned Assistant U.S. Attorney, and declares under penalty of perjury that a

true and correct copy of the United States' Opposition to Motion to For Early

Termination of Supervised Release was sent electronically to Kevin McCoy on

June 25, 2007

     Respectfully submitted on the 26th day of June, 2007.

                            NELSON P. COHEN
                            United States Attorney

                            s/Stephan A. Collins
                            Assistant U.S. Attorney
                            222 West 7th Ave., #9, Rm. 253
                            Anchorage, AK 99513-7567
                            Phone: (907) 271-5071
                            Fax: (907) 271-1500
                            E-mail: stephan.collins@usdoj.gov
                            AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2007,
a copy of the foregoing Certificate of Service
was served electronically on Kevin McCoy

s/ Stephan Collins