Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>               Defendant. | Case No. 3:97-cr-00020-JKS<br><br>**MOTION TO WITHDRAW REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant, Robert E. Hart, through counsel, Kevin F. McCoy, Assistant Federal Defender, asks for leave to withdraw his motion for early termination of supervised release. This motion is submitted pursuant to D. Alaska Loc. R. 47.1 and based on the affidavit of counsel filed herewith.

///

///

///

///

DATED at Anchorage, Alaska, this 3rd day of July, 2007.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:

I certify that on July 3, 2007,
a copy of the foregoing document
was served electronically on:

Stephan Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Eric Odegard, Supervising Probation Officer
U.S. Probation & Pretrial Services
222 West Seventh Avenue, #48, Room 168
Anchorage, AK  99513-7562

s/ Kevin F. McCoy