UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>        Defendant. | Case No. 3:97-cr-0020-JKS<br><br>**PROPOSED ORDER** |

        On consideration of defendant's motion to withdraw request for early termination of supervised release;

        IT IS HEREBY ORDERED that the motion is GRANTED. Robert E. Hart's request for early termination is withdrawn.

        Dated this _____ day of July, 2007, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge