Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT E. HART,<br><br>　　　　　　Defendant. | Case No. 3:97-cr-0020-JKS<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

　　　　Kevin McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the attorney for Robert E. Hart.

　　　　2.　　Mr. Hart asks to withdraw his motion for early termination of supervised release.

///

///

FURTHER YOUR AFFIANT SAYETH NAUGHT

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     kevin_mccoy@fd.org

SUBSCRIBED and SWORN to before me this 3rd day of July, 2007.



Notary Public in and for Alaska
My Commission Expires:  3/14/2011

Certification:

I certify that on July 3, 2007,
a copy of the foregoing document
was served electronically on:

Stephan Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Eric Odegard, Supervising Probation Officer
U.S. Probation & Pretrial Services
222 West Seventh Avenue, #48, Room 168
Anchorage, AK  99513-7562

s/ Kevin F. McCoy