UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>                  Defendant. | Case No. 3:97-cr-0020-JKS<br><br>**ORDER** |

On consideration of defendant's motion to withdraw request for early termination of supervised release;

IT IS HEREBY ORDERED that the motion is GRANTED. Robert E. Hart's request for early termination is withdrawn.

Dated this 5th day of July 2007, in Anchorage, Alaska.

                                                          /s/James K. Singleton, Jr.
                                                            James K. Singleton, Jr.
                                                    United States District Court Judge