PROB 12A
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
JUL 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### Report On Offender On Supervised Release

Name of Offender: Robert Hart                               Case Number: 3:97-CR-00020-JKS

Name of Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   August 8, 1997

Original Offense:   Money Laundering, Possession with Intent to Distribute

Original Sentence:   120 months imprisonment, 3 years supervised release

Date Supervision Commenced:   November 10, 2005

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervised release:

Violation Number     Nature of Non-compliance

1          On June 12, 2007, the defendant violated the mandatory condition of supervision that, "The defendant shall refrain from any unlawful use of a controlled substance," in that he provided a urine sample, which tested positive for the presence of cocaine. The defendant subsequently advised that he had used cocaine. This violation is a Grade C violation.

   U.S. Probation Officer's Proposed Action:   On June 27, 2007, the offender, after being confronted about his positive drug test and "confessing" to use of cocaine, was given a verbal reprimand regarding further use of any controlled substances. He was then advised that he will be required to participate in a substance abuse treatment assessment, and the defendant agreed. The probation officer is not requesting any court action at this time.

*Report on Offender On Supervised Release*
*Name of Offender* : Robert Hart
*Case Number* : 3:97-CR-00020-JKS

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: June 29, 2007

---

[X] Officer's proposed action is approved
[ ] Submit a Request for Modifying the Condition or Term of Supervised Release
[ ] Submit a Request for Warrant or Summons
[ ] Other

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge

Date: 07/05/2007