UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT E. HART,<br><br>　　　　　Defendant. | Case No. 3:97-cr-0020-JKS<br><br>**PROPOSED ORDER** |

On consideration of defendant's motion for early termination of supervised release;

IT IS HEREBY ORDERED THAT the motion is GRANTED. Robert E. Hart is hereby discharged from supervised release.

Dated this _____ day of May 2008, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE