PROB 12A
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### Report On Offender On Supervised Release

Name of Offender: Robert Hart               Case Number: 3:97-cr-00020-JKS

Name of Sentencing Judicial Officer:    James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:    August 8, 1997

Original Offense:    Money Laundering, Possession with Intent to Distribute

Original Sentence:    120 months imprisonment with 3 years supervised release

Date Supervision Commenced:    November 10, 2005

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervised release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant has violated the Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on April 25, 2008, the defendant submitted a urine sample (specimen no. B01248777) that tested positive for marijuana. The defendant admitted to this officer to the use of marijuana on April 21, 2008, to help with the pain of a shoulder injury. Said sample has been confirmed positive for marijuana by Kroll Laboratory.   This violation is a Grade C violation. |

*Report on Offender On Supervised Release*
*Name of Offender   :   Robert Hart*
*Case Number   :   3:97-cr-00020-JKS*

U.S. Probation Officer's Proposed Action: On April 25, 2008, after the defendant submitted the positive urine sample, this officer verbally reprimanded the defendant for the use of marijuana on April 21, 2008. The defendant reported that he had used due to pain in his shoulder due to an injury and that he did not have any pain medication. This officer informed the defendant that there are over-the-counter pain medication, such as Tylenol PM, that he could have purchased and used to assist with the pain and sleep. This officer advised the defendant that any continued use of controlled substances will result in jail and that he cannot use controlled substances, even occasionally, for pain or otherwise. The defendant had reported that he understood and would not use again.

This officer met with U.S. Supervising Probation Officer Eric Odegard and informed him of the defendant's positive urine sample and this officers discussion with the defendant as to the positive test. It was agreed that the defendant recently completed a substance abuse outpatient treatment program and that a verbal reprimand appeared appropriate at this time, but any further use would result in the defendant appearing before the Court.

It is proposed that the defendant continue to be monitored by the U.S. Probation Office, and if any further drug use, it will be requested by this officer that the defendant be brought before the Court.

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: June 5, 2008

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

[X]   Officer's proposed action is approved
[ ]   Submit a Request for Modifying the Condition or Term of Supervised Release
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

-2-

*Report on Offender On Supervised Release*
*Name of Offender      :      Robert Hart*
*Case Number           :      3:97-cr-00020-JKS*

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

Date: 6/11/2008