```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. _____ROBERT HART_____ CASE NO._3:97-CR-00020-01-JKS_
Defendant: X_Present  X_On Supervised Release

BEFORE THE HONORABLE:            JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:           DENALI ELMORE

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            KEVIN MCCOY

U.S.P.O.:                        CHRIS LIEDIKE

PROCEEDINGS: HEARING ON MOTION FOR EARLY TERMINATION OF
             SUPERVISED RELEASE (DKT 127) HELD 6/23/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:33 p.m. court convened.

Court and counsel heard re Motion for Early Termination of
Supervised Release (Dkt 127); **DENIED.**

At 2:55 p.m. court adjourned.

DATE:      JUNE 23, 2008        DEPUTY CLERK'S INITIALS:   DJE

Revised 6-18-07